David D. Park, OSB #803358
ELLIOTT & PARK, P.C.
Abernethy House
324 S. Abernethy Street
Portland, OR 97239-8529

Telephone:     (503) 227-1690

Facsimile:     (503) 274-8384
E-mail: dave@elliott-park.com

**J. Ashlee Albies**, OSB #051846
**Maya Rinta**, OSB #195058
Albies, Stark & Guerriero
1500 SW First Ave., Suite 1000
Portland, OR 97201
Telephone: (503) 308-4770
Email: ashlee@albiesstark.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ESTATE OF AARON D. STANTON, by DOUGLAS STANTON, Personal Representative, and A. S., a minor, by and through her Guardian ad Litem, DOUGLAS STANTON,<br><br>Plaintiffs,<br><br>v.<br><br>JOSHUA DYK and CITY OF PORTLAND, a municipal corporation,<br><br>Defendants. | Case No.   3:23-cv-01767-AN<br><br>**DECLARATION OF DOUGLAS STANTON IN SUPPORT OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

I, Douglas Stanton, declare as follows:

1. I make this declaration in support of the Motion to appoint me as Guardian *ad Litem* for A.S. I have personal knowledge of the information contained in this declaration. If called upon to do so, I could and would competently testify regarding the matters set forth herein.

2. A.S. is a minor of the age of 7 years and is my granddaughter.

3. No previous motion for appointment of a Guardian ad Litem has been filed in this matter.

4. The natural mother of A.S., Vansopheak (Sophia) Phou has been provided notice of my application for appointment as guardian ad litem in this proceeding and has informed me of her consent to my appointment.

5. I am ready, willing and able to pursue this action on my granddaughter's behalf to the best of my ability.

6. I have read the Motion for Appointment of Guardian *ad litem* and the facts contained therein are true and correct to the best of my knowledge.

**Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Dated November 20, 2023.

_____
Douglas Stanton

Page 1 - **DECLARATION OF DOUGLAS STANTON IN SUPPORT OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**