**David D. Park**, OSB #803358
ELLIOTT & PARK, P.C.
Abernethy House
324 S. Abernethy Street
Portland, OR 97239-8529

Telephone:     (503) 227-1690

Facsimile:     (503) 274-8384
E-mail: dave@elliott-park.com

**J. Ashlee Albies**, OSB #051846
**Maya Rinta**, OSB #195058
Albies, Stark & Guerriero
1500 SW First Ave., Suite 1000
Portland, OR 97201
Telephone: (503) 308-4770
Email: ashlee@albiesstark.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ESTATE OF AARON D. STANTON, by DOUGLAS STANTON, Personal Representative, and A. S., a minor, by and through her Guardian ad Litem, DOUGLAS STANTON,<br><br>Plaintiffs,<br><br>v.<br><br>JOSHUA DYK and CITY OF PORTLAND, a municipal corporation,<br><br>Defendants. | Case No.   3:23-cv-01767-AN<br><br>**DECLARATION OF VANSOPHEAK (SOPHIA) PHOU IN SUPPORT OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM** |

I, Vansopheak (Sophia) Phou, declare as follows:

1. I am the birth mother of plaintiff A.S., a female child, seven years of age. Aaron D. Stanton was the father of A.S. I make this declaration in support of the Motion for Guardian *ad Litem* for A.S. I have personal knowledge of the information contained in this declaration. If called up to do so, I could and would competently testify regarding the matters set forth herein.

2. I have spoken to Douglas Stanton, A.S.'s grandfather, and he agrees to be the guardian *ad litem* for my daughter. I believe that he will be fully able to represent my daughter's interests in this action based on his relationship with her as her grandfather, his status as Personal Representative of the estate and his intimate knowledge and understanding of my daughter's circumstances and I consent to his appointment.

**Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.**

Dated: November 2͟0͟, 2023.

_____
Vansopheak (Sophia) Phou

Page 1 - **DECLARATION OF VANSOPHEAK (SOPHIA) PHOU IN SUPPORT OF MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM**