**David D. Park**, OSB #803358
ELLIOTT & PARK, P.C.
Abernethy House
324 S. Abernethy Street
Portland, OR 97239-8529
Telephone:     (503) 227-1690
Facsimile:     (503) 274-8384
E-mail:  dave@elliott-park.com

**J. Ashlee Albies**, OSB #051846
**Maya Rinta,** OSB #195058
Albies, Stark & Guerriero
1500 SW First Ave., Suite 1000
Portland, Oregon 97201
Telephone: (503) 308-4770
Email: ashlee@albiesstark.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ESTATE OF AARON D. STANTON, by DOUGLAS STANTON, Personal Representative, and A. S., a minor, by and through her Guardian ad Litem, DOUGLAS STANTON,<br><br>              Plaintiffs,<br><br>   v.<br><br>JOSHUA DYK and CITY OF PORTLAND, a municipal corporation,<br><br>              Defendants. | Case No. 3:23-cv-01767-AN<br><br>**DECLARATION OF J. ASHLEE ALBIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINES** |

Page 1 – **DECLARATION OF J. ASHLEE ALBIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINES**

I, J. Ashlee Albies, do hereby declare:

1. I am one of the attorneys for Plaintiffs in this matter.  I make this declaration in support of Plaintiffs' Unopposed Motion to extend case deadlines.

2. Depositions have not been completed in this case.  I have several depositions in two different cases throughout March 2024.

3. The parties have just begun the discovery process and there is a pending Motion to Strike which the Court has not yet decided and will impact the scope of discovery in this case.  The Parties have not exchanged documents or set depositions yet.

4. For those reasons, I request an extension of deadlines in this case.

5. I have conferred with opposing counsel Carey Caldwell, and defendants do not object to this motion.

6. This motion is made in good faith and not for the purpose of delay.

DATED:  March 15, 2024.

    *s/ J. Ashlee Albies*
J. Ashlee Albies, OSB No. 051846
Of Attorneys for Plaintiffs