Carey Caldwell, OSB #093032
Deputy City Attorney
carey.caldwell@portlandoregon.gov
William W. Manlove, OSB #891607
Senior Deputy City Attorney
william.manlove@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| ESTATE OF AARON D. STANTON, BY DOUGLAS STANTON, PERSONAL REPRESENTATIVE, AND A. S., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, DOUGLAS STANTON, <br><br> PLAINTIFFS, <br><br> v. <br><br> **JOSHUA DYK and CITY OF PORTLAND,** <br><br> DEFENDANTS. | 3:23-cv-01767-AN <br><br> NOTICE OF ASSOCIATION OF COUNSEL |

NOTICE IS HEREBY GIVEN that William W. Manlove, OSB #891607, Senior Deputy City Attorney, is hereby associated as an attorney of record for Defendants City of Portland and Joshua Dyk in the above-entitled case.

DATED: March 27, 2024.

                                                       Respectfully submitted,

                                                       */s/ William W. Manlove*
                                                       William W. Manlove, OSB #891607
                                                       Senior Deputy City Attorney
                                                       william.manlove@portlandoregon.gov
                                                       Carey Caldwell, OSB #093032
                                                       Deputy City Attorney
                                                       carey.caldwell@portlandoregon.gov
                                                       *Of Attorneys for Defendants*

Page  1 – NOTICE OF ASSOCIATION OF COUNSEL