**J. Ashlee Albies**, OSB #051846
**Maya Rinta,** OSB #195058
Albies & Stark LLC
1500 SW First Ave., Suite 1000
Portland, Oregon 97201
Telephone: (503) 308-4770
Email: ashlee@albiesstark.com

    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ESTATE OF AARON D. STANTON, by DOUGLAS STANTON, Personal Representative, and A. S., a minor, by and through her Guardian ad Litem, DOUGLAS STANTON,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSHUA DYK and CITY OF PORTLAND, a municipal corporation,<br><br>    Defendants. | Case No. 3:23-cv-01767-AN<br><br>**DECLARATION OF J. ASHLEE ALBIES IN SUPPORT OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER LIMITING THE DEPOSTION OF MINOR PLAINTIFF A.S.** |

I, J. Ashlee Albies, do hereby declare:

1. I am one of the attorneys for Plaintiffs in this matter. I make this declaration in support of Plaintiffs' Motion for a protective order limiting the deposition of minor Plaintiff A.S.

2. The parties have engaged in extensive discovery, including depositions of major witnesses, Stanton's parents and brother, and Stanton's girlfriend/A.S.'s mother.

3. A.S. was six at the time of the incident, and is now nine years old. The City seeks to take

Page 1 – **DECLARATION OF J. ASHLEE ALBIES IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXTEND DEADLINES**

the deposition of A.S. by City Attorney Caroline Turco, which Plaintiffs oppose. During conferral on this motion, Attorney Turco represented to me that she has no formal or informal training on conducting informed trauma interviews, and no formal or informal training on conducting legal interviews of minors who have suffered extensive trauma.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts the deposition of A.S.'s mother, Vansopheak Phou, taken on November 8, 2024.

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts the deposition of A.S.'s grandmother and Aaron Stanton's mother, Karen Stanton, taken on November 12, 2024.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts the deposition of A.S.'s uncle, Aaron Stanton's brother, Taylor Stanton, taken on November 12, 2024.

7. Attached hereto as Exhibit 4 is a letter from Dr. Jennifer Harris, a licensed clinical psychologist who regularly conducts forensic evaluations.

8. I have conferred with opposing counsel Carey Caldwell and Caroline Turco, and defendants object to this motion.

DATED: March 06, 2025.

                                            *s/ J. Ashlee Albies*
                                            J. Ashlee Albies, OSB No. 051846
                                            Of Attorneys for Plaintiffs