```
 1                  UNITED STATES DISTRICT COURT
 2                       DISTRICT OF OREGON
 3                        PORTLAND DIVISION
 4
 5   ESTATE OF AARON D. STANTON,    ) Case No. 3:23-cv-01767-AN
     BY DOUGLAS STANTON, PERSONAL   )
 6   REPRESENTATIVE; AND A.S., A    )
     MINOR, BY AND THROUGH HER      )
 7   GUARDIAN AD LITEM, DOUGLAS     )
     STANTON,                       )
 8                                  )
                     Plaintiffs,    )
 9                                  )
          vs.                       )
10                                  )
     JOSHUA DYK and CITY OF         )
11   PORTLAND,                      )
                                    )
12                   Defendants.    )
     _____)
13
14                   VIDEOTAPED DEPOSITION OF
                         VANSOPHEAK PHOU
15
                   Taken on behalf of Defendants
16                          *   *   *
17           BE IT REMEMBERED THAT, pursuant to the
18      Federal Rules of Civil Procedure, the deposition
19      of VANSOPHEAK PHOU was taken before KIM NERHEIM,
20      a Certified Shorthand Reporter for Oregon
21      and Certified Court Reporter for Washington,
22      on Friday, November 8, 2024, commencing at the
23      hour of 9:04 a.m., at the offices of Albies,
24      Stark & Guerriero, 1500 S.W. 1st Avenue, Suite 1000,
25      Portland, Oregon.
```

```
 1                    APPEARANCES:

 2

 3   ALBIES, STARK & GUERRIERO
          BY MS. J. ASHLEE ALBIES
 4        1500 S.W. 1st Avenue, Suite 1000
          Portland, Oregon 97201
 5        503-308-4770
          ashlee@albiesstark.com
 6        Attorney for Plaintiffs.

 7

 8   PORTLAND CITY ATTORNEY'S OFFICE
          BY MR. CAREY CALDWELL
 9        BY MS. CAROLINE TURCO
          1221 S.W. 4th Avenue, Suite 430
10        Portland, Oregon 97204
          503-823-4047
11        carey.caldwell@portlandoregon.gov
          caroline.turco@portlandoregon.gov
12        Attorneys for Defendants.

13

14   ALSO PRESENT:  Douglas Stanton
                    Eric Montross, Videographer
15
                       *   *   *
16

17

18

19

20

21

22

23

24

25
```

```
 1              I can write it out for you, if you --
 2   Q    No, that's okay.
 3              When did your brother leave your apartment?
 4   A    I do not remember.
 5   Q    The next day?                                          10:38:39
 6   A    Maybe the next day or next couple day.
 7   Q    Did he stay with you for a couple days?
 8   A    Yeah.
 9   Q    Did you stay in your apartment for a couple days?
10   A    Yeah.                                                  10:38:49
11   Q    Did anybody come to visit you?
12   A    I -- no, because I did not tell anybody.
13   Q    Doug or Karen?
14   A    Oh, oh.  Them, yes, but not my family side.
15   Q    Okay.  So Doug and Karen came to visit you?            10:39:16
16   A    Yeah.
17   Q    When was that?
18   A    When I -- before I move back to Clackamas Mall.  I
19   think Karen come to visit me and help me move.
20   Q    How many days after that -- after Aaron passed away    10:39:30
21   was that?
22   A    I think four day or five day after he pass away.
23   Q    Had you already planned on moving --
24   A    Yeah.
25   Q    -- before he was -- before he passed away?             10:39:41
```

```
 1    A    Yeah.
 2    Q    How was A[REDACTED] in those four or five days?
 3    A    She -- she did not -- she crying; she miss her daddy;
 4    she asking where Daddy at, when he coming back.
 5    Q    Did she talk more -- did she tell you anything in          10:40:17
 6    those next four or five days about what happened at the
 7    house?
 8    A    I do not remember, because I was busy crying.
 9    Q    So you do not remember anything A[REDACTED] said in those
10    four or five days after?                                        10:40:35
11    A    Yeah, I do not remember.
12    Q    When's the first time that you can remember talking
13    to A[REDACTED] about what happened at the house?
14    A    I think a few week later; that's when I will be able
15    to pull myself up a little bit.                                 10:41:00
16    Q    What do you remember about talking to her then?
17    A    She ask me where Daddy at, and I tell her nicely and
18    gently that we no longer have Daddy.
19    Q    Did [REDACTED] -- do you remember A[REDACTED] telling you
20    anything about that night?                                      10:41:33
21    A    She did not tell me anything until after a few month
22    or a couple week later on.
23    Q    What did she tell you a couple weeks later?
24    A    She told me something about that she saw Daddy purple
25    lip, she tried to put and -- and she's right next to him.       10:41:57
```

1  And the officer -- one of the officer pick her up and then
2  they tell her that he killed himself.
3  Q    At the time the officer -- she said that when that
4  officer picked her up, that officer said he killed
5  himself?                                                    10:42:26
6  A    Yeah.  She did not tell me that until, like, a few
7  weeks -- few week or month later after that incident, when
8  she had one of the breakdown.
9  Q    Do you think that Aaron wanted to die that night?
10 A    No.                                                    10:42:51
11 Q    You told the officers that -- during your interview,
12 that Aaron had been out of control for about a year?
13 A    Yeah, maybe for two years prior he pass away, he --
14 he get angry because all due to the homeless; and car,
15 that he cannot get in and out of the neighborhood; and     10:43:11
16 low-income apartment right next door.  That's why we move
17 out.
18 Q    How would -- so when you said that --
19      Do you remember telling the officer that he
20 was out of control?                                        10:43:33
21 A    Yes.
22 Q    How -- what would he do that would make him seem out
23 of control?
24 A    He just screaming and yelling through the bathroom
25 door or through the bedroom; he lock himself in and        10:43:41

| | | |
|---|---|---|
| 1 | Q    Okay.  So I'm talking specifically about July 27, | |
| 2 | 2022, when the officer told you that -- you knew that | |
| 3 | A REDACTED was with Aaron that evening; correct? | |
| 4 | A    Yeah. | |
| 5 | Q    And when he told you -- when the officer told you | 10:58:58 |
| 6 | that Aaron was outside firing his weapon, you knew A REDACTED | |
| 7 | was with him; correct? | |
| 8 | A    Yes. | |
| 9 | Q    Did you ever have any concern about him firing the | |
| 10 | weapon when A REDACTED was next to him that night? | 10:59:10 |
| 11 |     MS. ALBIES:  Object to the form of the | |
| 12 | question. | |
| 13 |     You can answer. | |
| 14 | Q    BY MR. CALDWELL:  And let me rephrase it, because I | |
| 15 | understand. | 10:59:19 |
| 16 |     Did you ever have any concern that -- | |
| 17 |     MR. CALDWELL:  And you'll probably object | |
| 18 | again, so... | |
| 19 | Q    BY MR. CALDWELL:  Did you ever have any concern that | |
| 20 | he was caring for A REDACTED in and around the house while he | 10:59:27 |
| 21 | was firing off that weapon that evening? | |
| 22 | A    I do not know how to answer that question. | |
| 23 | Q    To the best of your ability. | |
| 24 | A    Because, what I understand Aaron is he did not use | |
| 25 | gun around the kid, and it's so surprising me on that day | 10:59:46 |

1  that he used the gun around the kid.

2           But the way the officer told me that when

3  Aaron shooting the gun with -- at them in the front deck,

4  A REDACTED was inside the house or on the side -- or be -- or

5  in the backyard hiding from cop.  I think, if I remember                11:00:08

6  correctly, that's what the cop told me.

7  Q    Okay.  So, to your understanding, A REDACTED did not see

8  him get shot, then.

9  A    Yes, according to the way they told me, it is.  But

10 they -- but she saw him dying.                                          11:00:26

11 Q    Okay.  But I just want to clarify.  As you sit here

12 today, your understanding is that A REDACTED did not see him

13 get shot.

14           THE WITNESS:  I do not know how to answer

15 the question.                                                           11:00:43

16           MS. ALBIES:  If you can answer the question

17 other than your conversations with me or Dave, then you

18 can answer the question.

19 A    The way the cop told me the way -- and including the

20 way my understanding is that REDACTED did not see the cop               11:00:58

21 shooting him.  She did not.

22 Q    BY MR. CALDWELL:  But she saw him sometime after he

23 was shot.

24 A    Yeah.  After he shot and then she saw him on his last

25 breath, dying, because she told me that she tried to wake               11:01:13

```
 1  him up and saw her pinch -- tried to pinch the top of his
 2  lip.
 3  Q    Do you need a minute?
 4  A    No.
 5  Q    That was some months later that she told you that;          11:01:30
 6  correct?
 7  A    Yeah.  That's when she had one of the breakdowns.
 8  Q    Did you ever hear anybody else say they thought Aaron
 9  might have wanted to die that night?
10  A    No, I do not.                                               11:01:49
11  Q    Your brother?
12  A    No, not from my brother, no.
13  Q    Karen or Doug?
14  A    No.
15  Q    Did you ever think any of Aaron's behaviors needed to       11:02:08
16  be reported to the police?
17  A    No, I do not.
18  Q    When was the last time you talked with A[REDACTED] about
19  that evening?
20  A    I do not remember when the last time I talked to her        11:02:54
21  about it.  Oh, you mean --
22       Can you repeat that question?
23  Q    Sure.  When was the last time you spoke to A[REDACTED]
24  about that evening?
25  A    I do not remember, because I try to avoid the               11:03:09
```

1   ==conversation with her, so I never brought it up to her.==

2   Q       Is A [REDACTED] in therapy or counseling now?

3   A       She see school counselor at Sunset Primary School.

4   Q       How often does she see a counselor?

5   A       Maybe once a week.                                11:03:30

6   Q       And why does she see a counselor?

7   A       Because she had one -- having one of that episode

8   that she miss her daddy so she just start to cry at

9   school, and the teacher sent her to the school counselor.

10  Q       Did she have any other counseling or therapy outside  11:04:05

11  of seeing the school counselor?

12  A       No.

13  Q       Has she ever had therapy or counseling outside of the

14  school counselor?

15  A       No.                                               11:04:13

16  Q       And is that a regularly scheduled counseling session?

17  A       She only had counseling with that school counselor.

18  Q       Right.  So my question is just a little bit

19  different, in that, is that like every Tuesday at 3:00 she

20  sees that counselor, or is it just as needed?              11:04:34

21  A       Oh, just as needed.

22  Q       And so how often does that happen?

23  A       For the first year, maybe once a week or once a

24  month.  But by after her second grade, a lot better.  Less

25  and less frequency.                                        11:04:50

|  |  |
|---|---|
| 1 | CERTIFICATE |
| 2 | I, Kim Nerheim, an Oregon Certified Shorthand |
| 3 | Reporter and a Washington Certified Court Reporter, hereby |
| 4 | certify that said witness personally appeared before me at |
| 5 | the time and place set forth in the caption hereof; that |
| 6 | at said time and place I reported in stenotype all |
| 7 | testimony adduced and other oral proceedings had in the |
| 8 | foregoing matter; that thereafter my notes were |
| 9 | transcribed through computer-aided transcription, under my |
| 10 | direction; and that the foregoing pages constitute a full, |
| 11 | true and accurate record of all such testimony adduced and |
| 12 | oral proceedings had, and of the whole thereof. |
| 13 | I further certify review of the transcript was |
| 14 | requested. |
| 15 | Witness my hand at Portland, Oregon, this 25th |
| 16 | day of November, 2024. |
| 17 | |
| 18 | |
| 19 | |
| 20 | _____ |
| 21 | Kim Nerheim |
| 22 | Oregon CSR No. 90-0138 |
| 23 | Expires 9/30/2026 |
| 24 | Washington CCR No. 0003038 |
| 25 | Expires 3/28/2025 |