```
 1                UNITED STATES DISTRICT COURT

 2                    DISTRICT OF OREGON

 3                    PORTLAND DIVISION

 4

 5   ESTATE OF AARON D. STANTON,    ) Case No. 3:23-cv-01767-AN
     BY DOUGLAS STANTON, PERSONAL   )
 6   REPRESENTATIVE; AND A.S., A    )
     MINOR, BY AND THROUGH HER      )
 7   GUARDIAN AD LITEM, DOUGLAS     )
     STANTON,                       )
 8                                  )
               Plaintiffs,          )
 9                                  )
         vs.                        )
10                                  )
     JOSHUA DYK and CITY OF         )
11   PORTLAND,                      )
                                    )
12             Defendants.          )
     _____)
13

14              VIDEOTAPED DEPOSITION OF
                     KAREN STANTON
15
              Taken on behalf of Defendants
16                      *  *  *

17        BE IT REMEMBERED THAT, pursuant to the

18   Federal Rules of Civil Procedure, the deposition

19   of KAREN STANTON was taken before KIM NERHEIM,

20   a Certified Shorthand Reporter for Oregon

21   and Certified Court Reporter for Washington,

22   on Tuesday, November 12, 2024, commencing at the

23   hour of 1:00 p.m., at the offices of Albies,

24   Stark & Guerriero, 1500 S.W. 1st Avenue, Suite 1000,

25   Portland, Oregon.
```

```
 1                      APPEARANCES:

 2


 3   ALBIES, STARK & GUERRIERO
          BY MS. J. ASHLEE ALBIES
 4        1500 S.W. 1st Avenue, Suite 1000
          Portland, Oregon 97201
 5        503-308-4770
          ashlee@albiesstark.com
 6        Attorney for Plaintiffs.


 7


 8   PORTLAND CITY ATTORNEY'S OFFICE
          BY MR. CAREY CALDWELL
 9        BY MS. CAROLINE TURCO
          1221 S.W. 4th Avenue, Suite 430
10        Portland, Oregon 97204
          503-823-4047
11        carey.caldwell@portlandoregon.gov
          caroline.turco@portlandoregon.gov
12        Attorneys for Defendants.

13


14   ALSO PRESENT:  Douglas Stanton
                    Eric Montross, Videographer
15
                        *  *  *
16

17

18

19

20

21

22

23

24

25
```

1  he died.
2  Q    So did anyone tell you that Aaron was firing a gun?
3  A    They did say that.  There was -- yeah, there was
4  gunfire.
5  Q    Did anyone tell you where he was firing the gun?          16:09:34
6  A    No.
7  Q    Do you have any idea what he was aiming at when he
8  was firing the gun?
9  A    Up in the sky.
10 Q    Did anyone ever tell you that he pointed a gun at         16:09:46
11 police officers?
12 A    Never.
13 Q    And so, as you sit here today, your understanding is
14 that Aaron was shot while he was firing his gun in the
15 sky?                                                           16:10:00
16 A    Yes.  With his daughter in tow on the sidelines.
17 Q    Did A REDACTED ever tell you her experience of what
18 happened that night?
19 A    What she did tell me is her dad fell to the -- the
20 ground and he died -- the cop came and put his arm around     16:10:41
21 her to pick her up; she heard the gurgle of his last
22 breath.
23       And then the police officer told her that
24 he -- that he died of suicide, and she was -- and I told
25 her, "There's no way, A REDACTED.  Don't you worry, your dad  16:11:21

| | | |
|---|---|---|
| 1 | would never leave you."  That was the biggest part that I | |
| 2 | heard from A[REDACTED]. | |
| 3 | And one other thing she made them tell me, she | |
| 4 | said, "I feel bad because I didn't tell them he was my | |
| 5 | dad.  I told them he was my mom's boyfriend." | 16:11:53 |
| 6 | "You know that you didn't do anything wrong." | |
| 7 | She feels so -- I know she feel -- she had to | |
| 8 | feel.  She and Aaron were very close.  He loved her. | |
| 9 | He built her a little playground.  He built a | |
| 10 | skate park little area around the house.  He had a little | 16:12:32 |
| 11 | bicycle with her helmet all matching up with her bike, | |
| 12 | took her training wheels off, she had to show me how good | |
| 13 | she could ride. | |
| 14 | She's such a good kid, it makes it tough to -- | |
| 15 | it's so much.  The girl is smart.  She's just a joy to | 16:12:52 |
| 16 | have around.  It's been a tough world for this little one. | |
| 17 | Due to the actions of what took place, it's | |
| 18 | heartbreaking and, I'm sorry, I just can't understand it. | |
| 19 | He was just standing there on his own damn deck.  It seems | |
| 20 | ruthless, cold-blooded. | 16:13:21 |
| 21 | Q    When A[REDACTED] told you about what the officer said to | |
| 22 | her and what she said to an officer, where were you?  Do | |
| 23 | you remember when that conversation -- | |
| 24 | A    At my house.  Usually, we'd tuck her into bed, and | |
| 25 | she'd tell me stories about things.  Little by little, she | 16:13:45 |

1  tells me stuff.
2  Q    How long after the shooting was it that you first had
3  that conversation at your house?
4  A    Not too far down when she said it.  Like, maybe
5  within the week.  And I'm glad she told me that, so I knew     16:14:02
6  that that was just wrong.
7  Q    How many times would you say you and A REDACTED have had
8  conversations about what she experienced that day?
9  A    Oh, it's -- there's different times that she brings
10 up little things.  But, she's more just traumatized to the     16:14:34
11 fact that it all -- her dad's not coming back.
12            She has a lot of friends that have dads, you
13 know, and they're all playing and always at the park, and
14 she's like, "You know what, Nana?"
15            And I go, "What?"                                   16:14:48
16            She goes, "Well, I'm kind of jealous of those
17 kids."
18            I go, "Why is that?"
19            "Well, they all have their daddies around."
20            And I was like, "Yeah.  Well, your dad's up         16:15:01
21 there in the heavens.  He's still watching over you.  He's
22 in your heart, your soul."
23            But this is what she's going to have as her
24 future, you know, dances with her dad or any of that is
25 gone.  And we're all doing our best.                           16:15:18

| | | |
|---|---|---|
| 1 | My son, bless his heart, he was doing his best | |
| 2 | to come up and be there for her.  All of us are trying to | |
| 3 | keep her busy and active. | |
| 4 | Q   I need to ask you more about your conversations with | |
| 5 | A   REDACTED | 16:15:39 |
| 6 | When she said to you that an officer came to | |
| 7 | get her, is it your understanding that's the officer that | |
| 8 | said to her, "Your dad died of suicide"? | |
| 9 | A   Yes. | |
| 10 | Q   And did she use the word "suicide," or is that you | 16:16:14 |
| 11 | interpreting -- | |
| 12 | A   She used the word "suicide." | |
| 13 | Q   And so, is that specifically what the officer said -- | |
| 14 | A   Yes. | |
| 15 | Q   -- "Your daddy died of suicide"? | 16:16:26 |
| 16 | A   Yes. | |
| 17 | Q   Did A REDACTED -- | |
| 18 | A   You know, "He died of suicide," not "your daddy," | |
| 19 | because they didn't act like they knew it was her dad. | |
| 20 | Q   Okay.  At any point, has A REDACTED told you anything else | 16:16:41 |
| 21 | that any officer said to her that night? | |
| 22 | A   I haven't probed her to -- to know.  So no. | |
| 23 | Q   And I understand -- | |
| 24 | A   She was happy because they gave her a Happy Meal. | |
| 25 | And she actually was happy she got to ride in a police | 16:17:00 |

| | | |
|---|---|---|
| 1 | car.  And the officer, she said, was -- he had some candy | |
| 2 | he gave her. | |
| 3 | Q    Anything else about that night that she's told you, | |
| 4 | other than what you've mentioned so far? | |
| 5 | A    Not that I can recollect. | 16:17:21 |
| 6 | Q    I understand you haven't probed her, but have you | |
| 7 | talked with her and anyone else together about what the | |
| 8 | officer said to her that night? | |
| 9 | A    No.  She has -- she had a therapist at school that | |
| 10 | she's been -- you know, has been -- when she has her | 16:17:44 |
| 11 | meltdowns, she'll go -- run in there and talk to her | |
| 12 | counselor.  She's had a few of those.  She's had them at | |
| 13 | home, where she has a -- you know, just a meltdown and she | |
| 14 | wants her dad.  So, you know, it's been a tough time for | |
| 15 | that little thing. | 16:18:12 |
| 16 | Q    Was the therapist at school at the West Linn school? | |
| 17 | A    Yes. | |
| 18 | Q    Do you think that that therapist was able to help | |
| 19 | her? | |
| 20 | A    Oh, I think she helped calm her, yes.  She was a good | 16:18:27 |
| 21 | lady.  That was a good school. | |
| 22 | Q    Did you have any discussions about whether A REDACTED | |
| 23 | needed to stay in that school -- | |
| 24 | A    Oh, yeah -- | |
| 25 | Q    -- to meet with that therapist? | 16:18:42 |

```
 1                          CERTIFICATE
 2            I, Kim Nerheim, an Oregon Certified Shorthand
 3  Reporter and a Washington Certified Court Reporter, hereby
 4  certify that said witness personally appeared before me at
 5  the time and place set forth in the caption hereof; that
 6  at said time and place I reported in stenotype all
 7  testimony adduced and other oral proceedings had in the
 8  foregoing matter; that thereafter my notes were
 9  transcribed through computer-aided transcription, under my
10  direction; and that the foregoing pages constitute a full,
11  true and accurate record of all such testimony adduced and
12  oral proceedings had, and of the whole thereof.
13            I further certify review of the transcript was
14  requested.
15            Witness my hand at Portland, Oregon, this 25th
16  day of November, 2024.
17
18
19
20                          _____
21                          Kim Nerheim
22                          Oregon CSR No. 90-0138
23                          Expires 9/30/2026
24                          Washington CCR No. 0003038
25                          Expires 3/28/2025
```