```
 1                  UNITED STATES DISTRICT COURT
 2                       DISTRICT OF OREGON
 3                       PORTLAND DIVISION
 4
 5   ESTATE OF AARON D. STANTON,     ) Case No. 3:23-cv-01767-AN
     BY DOUGLAS STANTON, PERSONAL    )
 6   REPRESENTATIVE; AND A.S., A     )
     MINOR, BY AND THROUGH HER       )
 7   GUARDIAN AD LITEM, DOUGLAS      )
     STANTON,                        )
 8                                   )
                    Plaintiffs,      )
 9                                   )
         vs.                         )
10                                   )
     JOSHUA DYK and CITY OF          )
11   PORTLAND,                       )
                                     )
12                  Defendants.      )
     _____)
13
              VIDEOCONFERENCE VIDEOTAPED DEPOSITION OF
14                      TAYLOR JAMES STANTON

15               Taken on behalf of Defendants
                           *  *  *
16         BE IT REMEMBERED THAT, pursuant to the

17    Federal Rules of Civil Procedure, the deposition

18    of TAYLOR JAMES STANTON was taken before KIM NERHEIM,

19    a Certified Shorthand Reporter for Oregon

20    and Certified Court Reporter for Washington,

21    on Tuesday, November 12, 2024, commencing at the

22    hour of 9:58 a.m., at the offices of Albies,

23    Stark & Guerriero, 1500 S.W. 1st Avenue, Suite 1000,

24    Portland, Oregon, the witness responding to

25    questions by videoconference.
```

```
 1                         APPEARANCES:

 2


 3   ALBIES, STARK & GUERRIERO
          BY MS. J. ASHLEE ALBIES
 4        1500 S.W. 1st Avenue, Suite 1000
          Portland, Oregon 97201
 5        503-308-4770
          ashlee@albiesstark.com
 6        Attorney for Plaintiffs.

 7


 8   PORTLAND CITY ATTORNEY'S OFFICE
          BY MR. CAREY CALDWELL
 9        BY MS. CAROLINE TURCO
          1221 S.W. 4th Avenue, Suite 430
10        Portland, Oregon 97204
          503-823-4047
11        carey.caldwell@portlandoregon.gov
          caroline.turco@portlandoregon.gov
12        Attorneys for Defendants.

13


14   ALSO PRESENT:   Drew Goodman, Videographer

15                       *   *   *

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | A    I think they probably went to the Dick's Sporting | |
| 2 | Goods.  Could have taken a father/daughter walk.  But, | |
| 3 | that's me saying that.  I don't know where he was going | |
| 4 | within... | |
| 5 | Q    Did you notice any change in your brother's behavior | 11:25:30 |
| 6 | after that incident occurred at 122nd and Stark? | |
| 7 | A    No. | |
| 8 | Q    Have you had any conversations with A[REDACTED] about her | |
| 9 | father's death? | |
| 10 | A    It took a year for me to say my brother's name to | 11:26:04 |
| 11 | her, because of me breaking down.  But A[REDACTED] has told me | |
| 12 | some stuff. | |
| 13 | Q    When have those conversations with A[REDACTED] happened? | |
| 14 | Were they a year -- after that year you've just described? | |
| 15 | A    No.  We had to bury my brother on the 8th of August, | 11:26:35 |
| 16 | and my birthday's on the 9th of August.  So I brought | |
| 17 | A[REDACTED] to go surfing on my birthday and teach her.  As we | |
| 18 | were going into the water, she shared with me. | |
| 19 | Q    What did she share with you? | |
| 20 | A    That the officer shot my brother and she went to my | 11:27:25 |
| 21 | brother, her daddy, and the cops came in and my -- little | |
| 22 | A[REDACTED] asked them, "Why did you do this?," and the officer | |
| 23 | told her, "We did not do this.  He did this to himself. | |
| 24 | He was sad." | |
| 25 | Q    And what did you say to her? | 11:28:05 |

```
 1   A      That we need to go surfing.
 2   Q      Do you need to take a break?
 3   A      No.  Go ahead.
 4   Q      Have you talked with A[REDACTED] any other times, other
 5   than that day on your birthday, about her father's death?      11:28:38
 6   A      No.  That said enough.  I don't want to ask that --
 7   get that going in her head all the time.  Just right
 8   there.
 9   Q      I want to make sure that I understand exactly what
10   A[REDACTED] said to you that day, and so I just am going to read  11:29:10
11   my notes back to you, and you tell me if it's complete.
12   Okay?
13   A      Go ahead.
14   Q      She told you that -- that "the officer shot my
15   brother" -- that's what you said; I assume she said         11:29:33
16   "father" -- and that she went to him and that she asked
17   the officers -- I think you said she asked them why --
18          Well, let me ask you this.  What did she say,
19   again?  What did they -- what did she ask them?
20   A      A[REDACTED] went to her father.                        11:29:58
21   Q      M-hm.
22   A      She didn't say I ran to -- she said she asked the
23   officer why they did this and they told her that "We did
24   not do this.  He did this to himself.  He was sad."
25   Q      Thank you for saying that again.  I'm sorry that my    11:30:24
```

```
 1                         CERTIFICATE
 2          I, Kim Nerheim, an Oregon Certified Shorthand
 3   Reporter and a Washington Certified Court Reporter, hereby
 4   certify that said witness personally appeared before me at
 5   the time and place set forth in the caption hereof; that
 6   at said time and place I reported in stenotype all
 7   testimony adduced and other oral proceedings had in the
 8   foregoing matter; that thereafter my notes were
 9   transcribed through computer-aided transcription, under my
10   direction; and that the foregoing pages constitute a full,
11   true and accurate record of all such testimony adduced and
12   oral proceedings had, and of the whole thereof.
13          I further certify review of the transcript was
14   requested.
15          Witness my hand at Portland, Oregon, this 25th
16   day of November, 2024.
17
18
19
20                      _____
21                      Kim Nerheim
22                      Oregon CSR No. 90-0138
23                      Expires 9/30/2026
24                      Washington CCR No. 0003038
25                      Expires 3/28/2025
```