**J. Ashlee Albies**, OSB #051846
**Maya Rinta,** OSB #195058
Albies & Stark LLC
1500 SW First Ave., Suite 1000
Portland, Oregon 97201
Telephone: (503) 308-4770
Email: ashlee@albiesstark.com

    Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ESTATE OF AARON D. STANTON, by DOUGLAS STANTON, Personal Representative, and A. S., a minor, by and through her Guardian ad Litem, DOUGLAS STANTON,<br><br>    Plaintiffs,<br><br>v.<br><br>JOSHUA DYK and CITY OF PORTLAND, a municipal corporation,<br><br>    Defendants. | Case No. 3:23-cv-01767-AN<br><br>**DECLARATION OF DOUGLAS STANTON IN SUPPORT OF PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER LIMITING THE DEPOSTION OF MINOR PLAINTIFF A.S.** |

I, Douglas Stanton, do hereby declare:

1. I have been appointed guardian ad litem of A.S., my granddaughter, in this case. I make this declaration in support of Plaintiffs' Motion for a protective order limiting the deposition of minor Plaintiff A.S.

2. I see A.S. on a regular basis, many times a week. She has had many emotional outbursts in the aftermath of her father's death and still experiences an occasional meltdown.

Page 1 – **DECLARATION OF DOUGLAS STANTON ISO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER LIMITING THE DEPOSITION OF MINOR A.S.**

3. A.S. was six at the time of the incident, and is now nine years old. A.S. is an intelligent child and outgoing with people she trusts and is comfortable with. However, she does not talk about her emotions very much. She talks about her dad often and the things they used to do together, but does not ever talk about the incident. Moreover, when A.S. feels overwhelmed emotionally, she cries, asks for mom, and is very emotionally vulnerable.

4. Her mother, her grandmother, her uncles and I feel strongly that she would be overwhelmed by talking about the circumstances surrounding her father's death, especially to someone that she does not know. I feel strongly about protecting her from more harm through this legal process including subjecting her to a deposition with a person she does not know.

DATED: March 06, 2025.

*Douglas Stanton* (signature)
_____
Douglas Stanton
Plaintiff and GAL for A.S.

Page 2 – **DECLARATION OF DOUGLAS STANTON ISO PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER LIMITING THE DEPOSITION OF MINOR A.S.**

Doc ID: b33938ecd5179b11d8c2d6985f0f3367f3c900f4