Carey Caldwell, OSB #093032
Deputy City Attorney
carey.caldwell@portlandoregon.gov
Caroline Turco, OSB #083813
Senior Deputy City Attorney
caroline.turco@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **ESTATE OF AARON D. STANTON, BY DOUGLAS STANTON, PERSONAL REPRESENTATIVE, AND A. S., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, DOUGLAS STANTON,** <br><br> **PLAINTIFFS,** <br><br> v. <br><br> **JOSHUA DYK and CITY OF PORTLAND,** <br><br> **DEFENDANTS.** | 3:23-cv-01767-AN <br><br> **DECLARATION OF JEFFREY BELL** |

I, Jeffrey Bell, declare as follows:

    1.    I am the commander of the Professional Standards Division of the Portland Police Bureau. I have been with PPB since March 2000. During my time with PPB, I have also served as a patrol officer, an officer in the transit police division, a patrol sergeant in different precincts, a sergeant in the personnel division, lieutenant in the Internal Affairs Division, lieutenant in the Training Division, and captain and commander of the Professional Standards Division.  I have

also been the commander of the Detective Division and served as the Assistant Chief for both the Operations Branch and the Investigations Branch.

2. Attached to this declaration as Exhibit 10 is a true and correct copy of Portland Police Bureau Directive 1010.10 "Deadly Force and In-Custody Death Reporting and Investigation Procedures," which was in effect on July 22, 2022.

3. All uses of lethal force by a Portland police officer are investigated by the Internal Affairs Division of PPB, regardless of allegations of wrongdoing. These investigations look at the specific use of force, as well as other actions and decisions of both involved officers and other officers to determine whether these actions and decisions were consistent with PPB Directives.

4. Like the review of the officers involved in use of force, review of other officer actions and decisions includes, but is not limited to, their planning, tactics, communications, decision making, and general recognition of the scenario they encountered.

5. The Internal Affairs investigator presents his or her investigation of all uses of lethal force to the Police Review Board. The Police Review Board also receives a presentation from the criminal investigators and from a Training Division evaluator and is presented with proposed findings from the Responsibility Unit manager. The Police Review Board for the evaluation of the use of lethal force consists of seven members: an assistant chief, two citizen members, two peer officer members, the Responsibility Unit manager, and the director of the Independent Police Review. The Police Review Board votes to make recommendations to the Chief of Police on whether the actions or decisions were within PPB policy, corrective action for actions not within policy, and training and improvement opportunities with respect to any actions regardless of whether they are found within policy or not.

6. After receiving recommendations from the Police Review Board, the Chief of Police makes a final determination regarding whether officers' conduct was within policy and whether and what corrective action is appropriate.

Page 2 – DECLARATION OF JEFFREY BELL

7. This process has evolved over the last 20 years with the most recent revision in 2018 to include recommendations from the investigator to be considered in the evaluation of uses of force.

8. This process has resulted in out of policy findings in regard to use of deadly force, with related discipline of multiple officers, including, but not limited to the firing of multiple officers.

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury**

DATED:_____.

Respectfully submitted,

Jeffrey Bell
Digitally signed by Jeffrey Bell
Date: 2025.08.15 07:51:16 -07'00'

Jeffrey Bell

Page 3 – DECLARATION OF JEFFREY BELL