**J. Ashlee Albies**, OSB #051846
**Maya Rinta,** OSB #195058
Albies & Stark
1500 SW First Ave., Suite 1000
Portland, Oregon 97201
Telephone: (503) 308-4770
Email: ashlee@albiesstark.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| ESTATE OF AARON D. STANTON, by DOUGLAS STANTON, Personal Representative, and A. S., a minor, by and through her Guardian ad Litem, DOUGLAS STANTON,<br><br>Plaintiffs,<br><br>v.<br><br>JOSHUA DYK and CITY OF PORTLAND, a municipal corporation,<br><br>Defendants. | Case No. 3:23-cv-01767-AN<br><br>**DECLARATION OF J. ASHLEE ALBIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES** |

I, J. Ashlee Albies, do hereby declare:

1.  I am one of the attorneys for Plaintiffs in this matter.  I make this declaration in support of the Plaintiff's Unopposed Motion to extend pretrial case deadlines.

Page 1 – **DECLARATION OF J. ASHLEE ALBIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES**

2.  I will be out of the office during the last week of June and the last two weeks of July.

3.  Plaintiff's other counsel, Maya Rinta, has multiple depositions in other matters in addition to a mediation during the weeks of June 15 – 26, 2026.

4.  For these reason, Plaintiff requests a brief extension for expert discovery and the Joint ADR deadlines.

5.  I have conferred with opposing counsel Carey Caldwell, and, pending defendants' outstanding motion to stay, defendants do not oppose this motion.

6.  This motion is made in good faith and not for the purpose of delay.

DATED:  June 15, 2026

*s/ J. Ashlee Albies*
J. Ashlee Albies, OSB No. 051846
Of Attorneys for Plaintiffs

Page 2 – **DECLARATION OF J. ASHLEE ALBIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION TO EXTEND PRETRIAL DEADLINES**